UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 4:23-cv-00172 SEP |
| v. | ) ) ) |
| COWLING GARBO CONSTRUCTION, LLC, | ) ) |
| Defendant. | ) |

**DISMISSAL WITHOUT PREJUDICE**

Come now plaintiffs, through counsel, and dismiss the above-captioned matter without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:  (314) 727-6804


        /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing: Cowling Garbo Construction, LLC, 4545 Towne Court, St. Charles, MO 63304.

        /s/ Greg A. Campbell